## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**PRINCE MCLAURIN**                                                                                    **PLAINTIFF**

**v.**                    **Case No. 3:19-cv-00149-JTK**

**ANDREW SAUL,** *Commissioner*,
**Social Security Administration**                                                                      **DEFENDANT**

### ORDER

Before the Court are Plaintiff's Motion for and Brief in Support of Attorney's Fees under the Equal Access to Justice Act. *Docs.* 18 & 19. In his motion, Plaintiff requests $4,496.92 in fees and expenses. Defendant does not object. *Doc.* 20. After careful consideration, the Court grants the motion and finds that Plaintiff should be awarded reasonable attorney's fees.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when the Plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care of his attorney, will issue to Plaintiff's attorney.

Accordingly, the Motion for Attorney's Fees (*Doc.* 18) is GRANTED. Plaintiff is awarded $4,496.92.

SO ORDERED THIS 21st day of September, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE